# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on May 20, 2015, the cause upon appeal to revise or reverse your judgment between

David Mauk, Appellant

V.

Pipe Creek Water Well, LLC and Robert Rae Powell, Appellee

No. 04-14-00906-CV and Tr. Ct. No. 2013-CI-00386

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellees' motion to strike Appendix 2 to Appellant's brief is MOOT. Costs of this appeal are taxed against David Mauk.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 7, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00906-CV

**David Mauk**

**v.**

**Pipe Creek Water Well, LLC and Robert Rae Powell**

(NO. 2013-CI-00386 IN 408TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | MEGAN KUCERA |
| MOTION FEE | $10.00 | E-PAID | ADOLFO RUIZ |
| MOTION FEE | $10.00 | E-PAID | KEITH P MILLER |
| MOTION FEE | $10.00 | E-PAID | KEITH MILLER |
| MOTION FEE | $10.00 | E-PAID | MEGAN KUCERA |
| MOTION FEE | $10.00 | E-PAID | ADOLFO RUIZ |
| REPORTER'S RECORD | $381.00 | PAID | ADOLFO RUIZ |
| INDIGENT | $25.00 | E-PAID | ADOLFO RUIZ |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | ADOLFO RUIZ |
| FILING | $100.00 | E-PAID | ADOLFO RUIZ |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | ADOLFO RUIZ |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 7, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853